# Exhibit A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Bunce _____ Stephanie _____ A _____
           Last Name              First                Middle

HOME ADDRESS _____ 11 Robins Ct _____
                                                    Apartment/Unit

_____ Ridgely ____ MD ____ 21660 ____ Caroline _____
        City          State     Zip Code        County

SIGNATURE _____ Stephen Bunce _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  COLLINS                    LEONARD                  FLOYD
         Last Name                      First                    Middle

HOME ADDRESS  2112 STREAMWAY   CT
                                                    Apartment/Unit

         BALTIMORE      MD      21207          BALTIMORE
            City         State    Zip Code          County

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ GOFF _____ , _____ BRANDON _____ MICHAEL _____
          Last Name          First          Middle

HOME ADDRESS _____ 3240 MAIRFIELD LANE _____
                                        Apartment/Unit

_____ HUNTINGTOWN _____ MD _____ 20639 _____ CALVERT _____
        City          State      Zip Code          County

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME _____Jones_____Kristerpher_____Curtis_____
            Last Name              First              Middle

HOME ADDRESS____9071___Hanley__Ct_____
                                                  Apartment/Unit

_____Waldorf_____MD_____20603_____Charles____
            City          State      Zip Code        County


SIGNATURE_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _MURRAY_ _William_ _ALLEN_
Last Name                          First                          Middle

HOME ADDRESS _6912 HANOVER PKWY_  _#203_
Apartment/Unit

_GREENBELT_  _MD_  _20770_  _PRINCE GEORGE'S_
City          State    Zip Code        County

SIGNATURE _William A. Murray_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Lawhorne_ _Jennifer_ _Marie_
    Last Name    First    Middle

HOME ADDRESS _17535 Woodcamp Rd._
                Apartment/Unit

  _Mount Airy_ _MD_ _21771_ _Howard_
    City  State  Zip Code  County

SIGNATURE _Jennifer Smith_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Lisko_____Charles_____Daniel_____
          Last Name              First                    Middle

HOME ADDRESS ___10000____Kaylorite____Street_____
                                                                    Apartment/Unit

___Dunkirk_____MD____20754____Calvert____
       City              State      Zip Code          County

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Lynse _____ Christopher _____ Lorenzo _____
                 Last Name              First                    Middle

HOME ADDRESS _____ 4036 Arjay Circle _____
                                                        Apartment/Unit

_____ Ellicott City MD 21042 _____ Howard County _____
         City          State     Zip Code           County


SIGNATURE _____ Chris Lorenzo _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___ORMEROD___ ___Timothy___ ___Kent___
        Last Name            First            Middle

HOME ADDRESS ___947B Birdhouse Cir___
                                                    Apartment/Unit

___Columbia___ ___MD.___ ___21046___ ___Howard___
      City          State    Zip Code      County

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Shackelford_____ ___Michael_____ ___William_____
             Last Name                   First                  Middle

HOME ADDRESS___4305   Lord   Fairfax   CT_____
                                                       Apartment/Unit

         ___Upper   Marlboro   MD   20772_____   Prince Georges____
               City                State      Zip Code         County

SIGNATURE_____(Shackelford) #2w133

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ____ SHEA _____ Justin _____ Michael ____
          Last Name                First                 Middle

HOME ADDRESS __ 38535  Deadwood  Court _____
                                                Apartment/Unit

          Mechanicsville    MD      20651        St. Mary _____
             City          State   Zip Code       County

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME _____TYLER_____HARON_____ROSS_____
            Last Name                First              Middle

HOME ADDRESS____217 WILLIAMSBURG CIRCLE_____
                                      Apartment/Unit

       LA PLATA, MD 20646   CHARLES_____
         City        State    Zip Code      County

SIGNATURE_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Villasenor _____ Andi _____ I _____
         Last Name           First            Middle

HOME ADDRESS _____ 1915 Kalorana Rd NW _____ Apt. 211 _____
                                      Apartment/Unit

_____ Washington, DC 20009 _____
     City      State    Zip Code      County

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – IAFF LOCAL 1619 FIRE INVESTIGATORS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Wells _____ Rafael _____
           Last Name              First                    Middle

HOME ADDRESS ___ 9210  Maytide  Street _____
                                                Apartment/Unit

_____ Waldorf _____ Md _____ 20603 _____ Charles ____
          City              State          Zip Code        County

SIGNATURE _Rafael Wells_____